DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| | | | |
|---|---|---|---|
| 212P15 | State v. Tracy Donnell Cousin | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP15-386) | Dismissed |
| 214P15 | State v. Raymond Bennett | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied 06/26/2015 |
| 215P15 | In the Matter of J.W. and K.M. | Respondent-Mother's PDR Under N.C.G.S. § 7A (COA14-927) | Denied |
| 216P15 | Amy Pharr Elam, Elizabeth F. Bailey, and Reid T. Deramus v. William Douglas Management, Inc. and Charlotte House Association of Unit Owners, Inc. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA14-1377)<br><br>2. Plts' Motion for Temporary Stay<br><br>3. Plts' Petition for *Writ of Supersedeas* | 1.<br><br>2. Allowed 07/22/2015<br><br>3. |
| 217P15 | State v. Raymond L. Hargett | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-1252)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Craven County<br><br>4. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Denied<br><br>4. Allowed |
| 218P15 | State v. Michael Bruce Thomas | Def's PDR Under N.C.G.S. § 7A-31 (COA14-1135) | Denied |
| 220P15 | State v. Adam Courtney Hartley | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-432)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed *ex mero motu*<br><br>2. Dismissed as moot |
| 221P15 | State v. Aaron D. Stalls | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 222P15 | Thomas F. Adcox v. Clarkson Brothers Construction Company and UTICA National Insurance Group | 1. Defs' Motion for Temporary Stay<br><br>2. Defs' Petition for *Writ of Supersedeas* | 1. Allowed 07/02/2015<br><br>2. |
| 222A14 | State v. Bernard George Lamp, Jr. (DEATH) | Def's Motion to Consolidate Appeals | Allowed 07/13/2015 |